# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2016

154369 & (49)(51)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

INTERNATIONAL BUSINESS
MACHINES CORP.,
          Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
          Defendant-Appellant.

SC:  154369
COA:  327359
Court of Claims:  11-000033-MT

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion to strike the notice of intervention is considered, and it is GRANTED. There is no justiciable controversy because the losing party below did not file an application for leave to appeal and the Attorney General does not represent an aggrieved party. *Federated Ins Co v Oakland County Rd Comm*, 475 Mich 286 (2006).  The application for leave to appeal is DISMISSED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016



a1116

Clerk